383 Pa. 227 (1955)
Marra
v.
Marra, Appellant.
Supreme Court of Pennsylvania.
Argued October 6, 1955.
November 17, 1955.
Before STERN, C.J., STEARNE, JONES, MUSMANNO and ARNOLD, JJ.
*228 John B. Nicklas, Jr., with him McCrady & Nicklas, for appellant.
Clyde P. Bailey, with him William J. Graham, for appellee.
OPINION PER CURIAM, November 17, 1955:
The order is affirmed on the unanimous opinion of the Superior Court written by Judge Ross, reported at 178 Pa. Superior Ct. 102, 113 A. 2d 320.
Mr. Justice MUSMANNO dissents.